## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ernest Carter,                                                 Civil No. 16-2979 (DWF/HB)

           Plaintiff,

v.                                                      **ORDER ADOPTING REPORT**
                                                          **AND RECOMMENDATION**

St. Cloud Correctional Center/Department
of Corrections,

           Defendants.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge dated December 16, 2016. (Doc. No. 10.) No objections have been filed to the Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

       **IT IS HEREBY ORDERED** that:

       1.      The Report and Recommendation (Doc. No. [10]) is **ADOPTED**;

       2.      This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

       **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 9, 2017          s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       United States District Judge